Official Form 5 (10/06)

| United States Bankruptcy Court<br><br>_Northern_ **District of** _Illinois_ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Ark Discovery II, LP | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>70 W. Madison St., Suite 1500<br>Chicago, IL | MAILING ADDRESS OF DEBTOR (If different from street address)<br>c/o Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook County    ZIP CODE<br>60602 | ZIP CODE<br>19801 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|
| **VENUE**<br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. |  | **FILING FEE** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>_[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]_ |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

**Official Form 5 (10/06) – Cont.**

Name of Debtor  Ark Discovery II, LP
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ as Trustee<br>Signature of Petitioner or Representative (State title)<br>The Norman J. Singer Revocable Trust<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: 2846 West Course Drive, Riverwoods, IL 60015 | x____\s\Vipin R. Gandra_____05/11/2009<br>Signature of Attorney              Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois 60654<br>Address<br>(312) 541-0151<br>Telephone No. |
| x_____ as Trustee<br>Signature of Petitioner or Representative (State title)<br>The Betty R. Singer Revocable Trust<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: 2846 West Course Drive, Riverwoods, IL 60015 | x____\s\Vipin R. Gandra_____05/11/2009<br>Signature of Attorney              Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois 60654<br>Address<br>(312) 541-0151<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Hal Dunne<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: 25 E. Superior St., Apt. 4402, Chicago, IL 60611 | x____\s\Vipin R. Gandra_____05/11/2009<br>Signature of Attorney              Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois 60654<br>Address<br>(312) 541-0151<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| See Ex. A | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

2  continuation sheets attached

**Official Form 5 (10/06) – Cont.**                                    Name of Debtor  Ark Discovery II, LP
                                                                       Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x /s/ Norman Singer                           as Trustee<br>Signature of Petitioner or Representative (State title)<br>The Norman J. Singer Revocable Trust<br>Name of Petitioner              Date Signed | x_____<br>Signature of Attorney                      Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>2846 West Course Drive<br>Riverwoods, IL 60015 | Address<br>                         (312) 541-0151<br>Telephone No. |
| x_____ as Trustee<br>Signature of Petitioner or Representative (State title)<br>a.m.<br>Name of Petitioner              Date Signed | x_____<br>Signature of Attorney                      Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>2846 West Course Drive<br>Riverwoods, IL 60015 | Address<br>                         (312) 541-0151<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Hal Dunne<br>Name of Petitioner              Date Signed | x_____<br>Signature of Attorney                      Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>25 E. Superior St.<br>Apt. 4402<br>Chicago, IL 60611 | Address<br>                         (312) 541-0151<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| See Ex. A | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

                                    2   continuation sheets attached

Case 09-17079 Doc 1 Filed 05/11/09 Entered 05/11/09 16:15:01 Desc Main
Document Page 4 of 13

Official Form 5 (10/06) – Cont.                                   Ark Discovery II, LP
                                                                  Name of Debtor
                                                                  Case No._____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ as Trustee<br>Signature of Petitioner or Representative (State title)<br>The Norman J. Singer Revocable Trust<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual    2846 West Course Drive<br>Signing in Representative  Riverwoods, IL 60015<br>Capacity | x_____<br>Signature of Attorney         Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois<br>Address<br>                      (312) 541-0151<br>Telephone No. |
| x_/s/ Betty Singer_____ as Trustee<br>Signature of Petitioner or Representative (State title)<br>The Betty R. Singer Revocable Trust<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual    2846 West Course Drive<br>Signing in Representative  Riverwoods, IL 60015<br>Capacity | x_____<br>Signature of Attorney         Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois<br>Address<br>                      (312) 541-0151<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Hal Dunne<br>Name of Petitioner          Date Signed<br><br>Name & Mailing          25 E. Superior St.<br>Address of Individual    Apt. 4402<br>Signing in Representative  Chicago, IL 60611<br>Capacity | x_____<br>Signature of Attorney         Date<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Name of Attorney Firm (If any)<br>321 N. Clark St, Suite 800, Chicago, Illinois<br>Address<br>                      (312) 541-0151<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| See Ex. A | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

2 continuation sheets attached

**Official Form 5 (10/06) – Cont.**

Name of Debtor: Ark Discovery II, LP
Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____ as Trustee
Signature of Petitioner or Representative (State title)
The Norman J. Singer Revocable Trust
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
2846 West Course Drive
Riverwoods, IL 60015

x_____ Date
Signature of Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
Name of Attorney Firm (If any)
321 N. Clark St, Suite 800, Chicago, Illinois
Address
(312) 541-0151
Telephone No.

---

x_____ as Trustee
Signature of Petitioner or Representative (State title)
a.m.
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
2846 West Course Drive
Riverwoods, IL 60015

x_____ Date
Signature of Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
Name of Attorney Firm (If any)
321 N. Clark St, Suite 800, Chicago, Illinois
Address
(312) 541-0151
Telephone No.

---

x [signature] 
Signature of Petitioner or Representative (State title)  4-28-09
Hal Dunne
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
25 E. Superior St.
Apt. 4402
Chicago, IL 60611

x_____ Date
Signature of Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
Name of Attorney Firm (If any)
321 N. Clark St, Suite 800, Chicago, Illinois
Address
(312) 541-0151
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| See Ex. A | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

2 continuation sheets attached

# EXHIBIT A
## ADDITIONAL PETITIONING CREDITORS

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.<br>x_____ Date: _____<br>  Signature of Petitioner<br><br>David Lansburgh<br>1915 N. Orchard Street<br>Chicago, IL 60614 | x_\s\Vipin R. Gandra_____<br>      Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____as Trustee<br>Date: _____<br><br>Tyler K. Belnap Revocable Trust<br>815 W. Oakdale Avenue<br>Chicago, IL 60657 | x_\s\Vipin R. Gandra_____<br>      Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>L. James Teper<br>360 Arvida Parkway<br>Coral Gables, FL 33156 | x_\s\Vipin R. Gandra_____<br>      Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Dennis D. Dorman<br>820 Summit Drive<br>Deerfield, IL 60015 | x_\s\Vipin R. Gandra_____<br>      Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Leonard & Marian Lansburgh<br>2875 NE 191st Street<br>Suite 205<br>Adventura, FL 33180 | x__\s\Vipin R. Gandra_____<br>      Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |

| x_____ Date: _____ | x \s\Vipin R. Gandra_____ |
|---|---|
| Dawn Miller<br>3401 North Moorings Way<br>Miami, FL 33133 | Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |

## **PETITIONING CREDITORS**

| **Name & Address of Petitioner** | **Nature of Claim** | **Amount of Claim** |
|---|---|---|
| The Norman J. Singer Revocable Trust<br>2846 West Course Road<br>Riverwoods, IL 60015 | Fraud | $600,000.00 |
| The Betty R. Singer Revocable Trust<br>2846 West Course Road<br>Riverwoods, IL 60015 | Fraud | $600,000.00 |
| Hal Dunne<br>25 E. Superior, Apt. 4402<br>Chicago, IL 60611 | Fraud | $500,000.00 |
| Tyler Belnap<br>815 W. Oakdale Ave<br>Chicago, IL 60657 | Fraud<br>Redemption | $1,000,000.00 |
| Leslie James Teper<br>360 Arvida Parkway<br>Coral Gables, FL 33156 | Fraud | $250,000.00 |
| Dennis D. Dorman<br>820 Summit Drive<br>Deerfield, IL 60015 | Fraud | $500,000.00 |
| Leonard & Marian Lansburgh<br>2875 NE 191st Street<br>Suite 205<br>Adventura, FL 33180 | Fraud<br>Redemption | $450,000.00 |
| David Lansburgh<br>1915 N. Orchard Street<br>Chicago, IL 60614 | Fraud | $500,000.00 |
| Dawn Miller<br>3401 North Moorings Way<br>Miami, FL 33133 | Fraud | $250,000.00 |
| | **TOTAL** | $4,650,000.00 |

# EXHIBIT A
## ADDITIONAL PETITIONING CREDITORS

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.<br>x _[signature]_ Date: 4/27/09<br>Signature of Petitioner<br><br>David Lansburgh<br>1915 N. Orchard Street<br>Chicago, IL 60614 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ as Trusteee<br>Date: _____<br><br>Tyler K. Belnap Revocable Trust<br>815 W. Oakdale Avenue<br>Chicago, IL 60657 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>L. James Teper<br>360 Arvida Parkway<br>Coral Gables, FL 33156 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Leslie Hefter<br>1110 N. Lakeshore Drive.<br>Apt. 31S<br>Chicago, IL 60611 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Dennis D. Dorman<br>820 Summit Drive<br>Deerfield, IL 60015 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |

# **EXHIBIT A**
## ADDITIONAL PETITIONING CREDITORS

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.<br>x_____ Date: _____<br>Signature of Petitioner<br><br>David Lansburgh<br>1915 N. Orchard Street<br>Chicago, IL 60614 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____[signature]_____ as Trusteee<br>Date: _____4/27/09_____<br><br>Tyler K. Belnap Revocable Trust<br>815 W. Oakdale Avenue<br>Chicago, IL 60657 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>L. James Teper<br>360 Arvida Parkway<br>Coral Gables, FL 33156 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Leslie Hefter<br>1110 N. Lakeshore Drive.<br>Apt. 31S<br>Chicago, IL 60611 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Dennis D. Dorman<br>820 Summit Drive<br>Deerfield, IL 60015 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |

# EXHIBIT A
## ADDITIONAL PETITIONING CREDITORS

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.<br>x_____ Date: _____<br>Signature of Petitioner<br><br>David Lansburgh<br>1915 N. Orchard Street<br>Chicago, IL 60614 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ as Trusteee<br>Date: _____<br><br>Tyler K. Belnap Revocable Trust<br>815 W. Oakdale Avenue<br>Chicago, IL 60657 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_/s/ James Teper_ Date: 4/28/09<br>L. James Teper<br>360 Arvida Parkway<br>Coral Gables, FL 33156 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Leslie Hefter<br>1110 N. Lakeshore Drive.<br>Apt. 31S<br>Chicago, IL 60611 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Dennis D. Dorman<br>820 Summit Drive<br>Deerfield, IL 60015 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |

## EXHIBIT A
## ADDITIONAL PETITIONING CREDITORS

| Petitioner | Attorney |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.<br>x_____ Date: _____<br>Signature of Petitioner<br><br>David Lansburgh<br>1915 N. Orchard Street<br>Chicago, IL 60614 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ as Trustee<br>Date: _____<br><br>Tyler K. Belnap Revocable Trust<br>815 W. Oakdale Avenue<br>Chicago, IL 60657 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>L. James Teper<br>360 Arvida Parkway<br>Coral Gables, FL 33156 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br><br>Leslie Hefter<br>1110 N. Lakeshore Drive.<br>Apt. 31S<br>Chicago, IL 60611 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_/s/ Dennis D. Dorman_ Date: 4/28/09<br><br>Dennis D. Dorman<br>~~820 Summit Drive~~ 560 BRIERHILL RD.<br>Deerfield, IL 60015 | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |

{6874 MSC A0230206.DOC}1

| x_____/s/_____ Date: Apr 30 09 | x_____ |
|---|---|
| Leonard & Marian Lansburgh<br>2875 NE 191st Street<br>Suite 205<br>Adventura, FL 33180 | Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____ | x_____ |
| Michael Haberkorn<br>1923 North Howe Street<br>Chicago, IL 60614 | Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |

## PETITIONING CREDITORS

| Name & Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| The Norman J. Singer Revocable Trust<br>2846 West Course Road<br>Riverwoods, IL 60015 | Fraud | $600,000.00 |
| The Betty R. Singer Revocable Trust<br>2846 West Course Road<br>Riverwoods, IL 60015 | Fraud | $600,000.00 |
| Hal Dunne<br>25 E. Superior, Apt. 4402<br>Chicago, IL 60611 | Fraud | $500,000.00 |
| Tyler Belnap<br>815 W. Oakdale Ave<br>Chicago, IL 60657 | Fraud<br>Redemption | $1,000,000.00 |
| Leslie James Teper<br>360 Arvida Parkway<br>Coral Gables, FL 33156 | Fraud | $250,000.00 |
| Leslie Hefter<br>1110 N. Lakeshore Drive.<br>Apt. 31S<br>Chicago, IL 60611 | Fraud | $250,000.00 |
| Dennis D. Dorman<br>820 Summit Drive<br>Deerfield, IL 60015 | Fraud | |
| Leonard & Marian Lansburgh<br>30 S. Willow Ct.<br>Aspen, CO 81611 | Fraud<br>Redemption | $450,000.00 |

| | | |
|---|---|---|
| x_____ Date: _____<br>Leonard & Marian Lansburgh<br>2875 NE 191st Street<br>Suite 205<br>Adventura, FL 33180 | | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_____ Date: _____<br>Michael Haberkorn<br>1923 North Howe Street<br>Chicago, IL 60614 | | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |
| x_*Dawn Miller*_ Date: May 4, 2009<br>Dawn Miller<br>3401 North Moorings Way<br>Miami, FL 33133 | | x_____<br>Signature of Attorney<br><br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654<br>(312) 541-0151 |

## PETITIONING CREDITORS

| Name & Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| The Norman J. Singer Revocable Trust<br>2846 West Course Road<br>Riverwoods, IL 60015 | Fraud | $600,000.00 |
| The Betty R. Singer Revocable Trust<br>2846 West Course Road<br>Riverwoods, IL 60015 | Fraud | $600,000.00 |
| Hal Dunne<br>25 E. Superior, Apt. 4402<br>Chicago, IL 60611 | Fraud | $500,000.00 |
| Tyler Belnap<br>815 W. Oakdale Ave<br>Chicago, IL 60657 | Fraud<br>Redemption | $1,000,000.00 |
| Leslie James Teper<br>360 Arvida Parkway<br>Coral Gables, FL 33156 | Fraud | $250,000.00 |
| Leslie Hefter<br>1110 N. Lakeshore Drive., Apt. 31S<br>Chicago, IL 60611 | Fraud | $250,000.00 |