**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 09-17079                **Judge:** Carol A. Doyle                **Trustee Name:** Frances Gecker
**Case Name:** ARK DISCOVERY II, LP                                                              **Date Filed (f) or Converted (c):** 05/11/2009 (f)
                                                                                                                **341(a) Meeting Date:** 08/18/2009
**For Period Ending:** 03/31/2020                                                              **Claims Bar Date:** 04/26/2010

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Post-Petition Interest Deposits (u) | 0.00 | NA | | 22.41 | FA |
| 2. | WACHOVIA BANK, NA NC8502 P.O. BOX 563966 | 4,946.54 | 4,946.54 | | 4,946.54 | FA |
| 3. | POC NO. 7 FILED IN RE PETTERS COMPANY, INC. (MINN.), CASE NO. 08-45257 | Unknown | 104,792,324.00 | | 8,400,000.00 | FA |
| 4. | POC - IN RE PETTERS GROUP WORLDWIDE, LLC  CASE NO. 08-45258 (MINN) | Unknown | 7,185,984.00 | | 0.00 | FA |
| 5. | POC  -  IN RE EDGE ONE, LLC (MINN) CASE NO. 08-45330 | Unknown | 104,792,324.00 | | 0.00 | FA |
| 6. | CLAIMS AGAINST INS. CO.: CREDIT INSURANCE: EULER HERMES CREDIT INSURANCE • POLICY NO. 5002962 EULER HERMES ACI 800 READ BROOK BLVD. OWINGS MILLS, MD 21117 INSURANCE ON GOODS MAINTAINED AT WAREHOUSES PURPORTEDLY OPERATED BY PETTERS: FIREMAN'S FUND PROPERTY AND CASUALTY INSURANCE - POLICY NO. MZ197909659 75 WALL STREET NEW YORK, NY 10005 AGENTS FOR PLACEMENT OF CREDIT AND PROPERTY AND CASUALTY INSURANCE POLICIES: LAURENT CHEVREAU, VICE PRESIDENT INSURANCE DEPARTMENT MESIROW FINANCIAL 321 N. CLARK STREET, SUITE 1100 CHICAGO, IL 60654 | Unknown | 74,250.00 | | 74,250.00 | FA |
| 7. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. | TAX REFUNDS (u) | 0.00 | 114.00 | | 114.00 | FA |
| 11. | Subpoena - for documents produced (u) | 0.00 | 0.00 | | 50.00 | FA |
| 12. | Void (u) | 0.00 | 0.00 | | 0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **09-17079**                    Judge: **Carol A. Doyle**                    Trustee Name: **Frances Gecker**
Case Name: **ARK DISCOVERY II, LP**                                      Date Filed (f) or Converted (c): **05/11/2009 (f)**
                                                                      341(a) Meeting Date: **08/18/2009**
For Period Ending: **03/31/2020**                                      Claims Bar Date: **04/26/2010**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 13.   RESTITUTION CLAIM - U.S. v. Thomas J. Petters, et al. 08-364 (D. Minn) (u) | 0.00 | 98,807,101.00 | | 762,421.60 | 98,044,679.40 |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 4,946.54 | 315,657,043.54 | | 9,241,804.55 | 98,044,679.40 |

Re Prop. #6  -Euler Hermes Credit Insurance;-Fireman's Fund Property and Casualty Insurance;-Mesirow Financial Insurance.
Re Prop. #7  GECKER v. GECC - U.S. District Court  14-08447 -  CASE DISMISSED
Re Prop. #11  RITCHIE CAPITAL MANAGEMENT V. DENTONS - SUBPOENA FEE FOR DOCS ONLY;Case No. 2014 L 4675;

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/1/18 - RESTITUTION CLAIM IS PENDING WITH DEPARTMENT OF JUSTICE.

Initial Projected Date of Final Report(TFR) :06/01/2011          Current Projected Date of Final Report(TFR) :  12/18/2020

Trustee's Signature          /s/Frances Gecker          Date:  04/30/2020
                            Frances Gecker
                            1327 West Washington Blvd., Suite 5 G-H
                            Chicago, IL 60607
                            Phone : (312) 276-1400

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 09-17079 | |
| **Case Name:** ARK DISCOVERY II, LP | |
| **Taxpayer ID No:** **-***9795 | |
| **For Period Ending:** 3/31/2020 | |

| | |
|---|---|
| **Trustee Name:** Frances Gecker |
| **Bank Name:** Texas Capital Bank |
| **Account Number/CD#:** ******2411 |
| **Account Name** Checking Account |
| **Blanket bond (per case limit):** 5,000,000.00 |
| **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/25/2019 | | Transfer from Associated Bank | Transfer of funds from account ending 1822 | 9999-000 | 868,045.23 | | 868,045.23 |
| 12/20/2019 | 55001 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago , IL 60606 | A. Lasko Fee App - 8th Interim per Order dated 12/19/19 | | | 2,776.78 | 865,268.45 |
| | | | (2,690.50) | 3410-000 | | | |
| | | | (86.28) | 3420-000 | | | |
| 02/07/2020 | 55002 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 302.94 | 864,965.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Page Subtotals | | 868,045.23 | 3,079.72 | |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 868,045.23 | 3,079.72 |
| Less:Bank Transfer/CD's | | 868,045.23 | 0.00 |
| **SUBTOTALS** | | 0.00 | 3,079.72 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 0.00 | 3,079.72 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No: | 09-17079 | Trustee Name: | Frances Gecker | |
| Case Name: | ARK DISCOVERY II, LP | Bank Name: | Bank of America | |
| | | Account Number/CD#: | ******5450 | |
| | | Account Name | Money Market Account | |
| Taxpayer ID No: | **-***9795 | Blanket bond (per case limit): | 5,000,000.00 | |
| For Period Ending: | 3/31/2020 | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/25/2009 | [2] | WACHOVIA BANK | BANK ACCOUNT | 1129-000 | 4,946.54 | | 4,946.54 |
| 08/31/2009 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 4,946.56 |
| 09/30/2009 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,946.68 |
| 10/30/2009 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,946.80 |
| 11/30/2009 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,946.93 |
| 12/31/2009 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,947.06 |
| 01/29/2010 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,947.18 |
| 02/26/2010 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,947.29 |
| 03/31/2010 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,947.42 |
| 04/30/2010 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,947.54 |

| | | | Page Subtotals | | 4,947.54 | 0.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No: | 09-17079 | | | Trustee Name: | Frances Gecker | | |
| Case Name: | ARK DISCOVERY II, LP | | | Bank Name: | Bank of America | | |
| | | | | Account Number/CD#: | ******5450 | | |
| | | | | Account Name | Money Market Account | | |
| Taxpayer ID No: | **-***9795 | | | Blanket bond (per case limit): | 5,000,000.00 | | |
| For Period Ending: | 3/31/2020 | | | Separate bond (if applicable): | 0.00 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/07/2010 | [6] | EULER HERMES ACI<br>800 Red Brook Blvd.<br>Owings Mills , MD 21117 | Euler Settlement | 1129-000 | 20,000.00 | | 24,947.54 |
| 05/11/2010 | [6] | FIREMAN'S FUND<br>P.O. Box 2519<br>Dallas , TX 75221 | Fireman's Fund Settlement | 1129-000 | 28,000.00 | | 52,947.54 |
| 05/28/2010 | [1] | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 1.38 | | 52,948.92 |
| 06/30/2010 | [1] | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.18 | | 52,951.10 |
| 07/30/2010 | [1] | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.25 | | 52,953.35 |
| 08/31/2010 | [1] | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.25 | | 52,955.60 |
| 09/30/2010 | [1] | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.18 | | 52,957.78 |
| 10/29/2010 | [1] | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.24 | | 52,960.02 |
| 11/30/2010 | [6] | CRUM & FORSTER<br>U.S. Fire Insurance Co. | Mesirow Settlement | 1129-000 | 26,250.00 | | 79,210.02 |

| | | | Page Subtotals | | 74,262.48 | 0.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **09-17079**  
Case Name: **ARK DISCOVERY II, LP**

Taxpayer ID No: **\*\*-\*\*\*9795**  
For Period Ending: **3/31/2020**

Trustee Name: **Frances Gecker**  
Bank Name: **Bank of America**  
Account Number/CD#: **\*\*\*\*\*\*5450**  
Account Name **Money Market Account**  
Blanket bond (per case limit): **5,000,000.00**  
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/30/2010 | [1] | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.18 | | 79,212.20 |
| 12/16/2010 | 1000 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago , IL 60654 | Pursuant to Court Order 12/16/10 | | | 39,715.24 | 39,496.96 |
| | | | FEES                         (39,480.50) | 3110-000 | | | |
| | | | EXPENSES                  (234.74) | 3120-000 | | | |
| 12/31/2010 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 2.19 | | 39,499.15 |
| 01/31/2011 | [1] | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,500.16 |
| 02/08/2011 | 1001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans , LA 70139 | BLANKET BOND | 2300-000 | | 44.97 | 39,455.19 |
| 02/28/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.30 | | 39,455.49 |
| 03/31/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,455.83 |
| | | | Page Subtotals | | 6.02 | 39,760.21 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **09-17079** | Trustee Name: | **Frances Gecker** |
| Case Name: **ARK DISCOVERY II, LP** | Bank Name: | **Bank of America** |
| | Account Number/CD#: | ******5450 |
| | Account Name | **Money Market Account** |
| Taxpayer ID No: **\*\*-\*\*\*9795** | | |
| For Period Ending: **3/31/2020** | Blanket bond (per case limit): | **5,000,000.00** |
| | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/07/2011 | 1002 | BEACON FUND SERVICES (BERMUDA) LTD. 129 Front Street, Penthouse Suite P.O. Box HM 2763 Hamilton HM LX | INVOICE NO. BFS 10/2077 | 2990-000 | | 178.69 | 39,277.14 |
| 04/29/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,277.46 |
| 05/31/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,277.79 |
| 06/30/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,278.11 |
| 07/29/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,278.44 |
| 08/31/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,278.78 |
| 09/30/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,279.10 |
| 10/31/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,279.43 |
| 10/31/2011 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 50.04 | 39,229.39 |
| | | | Page Subtotals | | 2.29 | 228.73 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-17079 | | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | ARK DISCOVERY II, LP | | | Bank Name: | Bank of America |
| | | | | Account Number/CD#: | ******5450 |
| | | | | Account Name | Money Market Account |
| Taxpayer ID No: | **-***9795 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/31/2020 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/30/2011 | [1] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,229.71 |
| 11/30/2011 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 48.37 | 39,181.34 |
| 12/29/2011 | [1] | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.30 | | 39,181.64 |
| 12/29/2011 | | Transfer to Acct # XXXXXX2236 | Bank Funds Transfer | 9999-000 | | 39,181.64 | 0.00 |
| | | | Page Subtotals | | 0.62 | 39,230.01 | |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 79,218.95 | 79,218.95 |
| Less:Bank Transfer/CD's | 0.00 | 39,181.64 |
| **SUBTOTALS** | 79,218.95 | 40,037.31 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 79,218.95 | 40,037.31 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **09-17079** | Trustee Name: **Frances Gecker** |
| Case Name: **ARK DISCOVERY II, LP** | Bank Name: **Congressional Bank** |
| | Account Number/CD#: ********2236** |
| Taxpayer ID No: **\*\*-\*\*\*9795** | Account Name **Checking Account** |
| For Period Ending: **3/31/2020** | Blanket bond (per case limit): **5,000,000.00** |
| | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/29/2011 | | Transfer from Acct # XXXXXX5450 | Bank Funds Transfer | 9999-000 | 39,181.64 | | 39,181.64 |
| 02/07/2012 | 1000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans , LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | 37.85 | 39,143.79 |
| 10/24/2012 | 1001 | UNITED STATES TREASURY Internal Revenue Service Cincinnati , OH 45999-0012 | FEIN:  26-0269795 FORM 4506 REQUEST | 2990-000 | | 171.00 | 38,972.79 |
| *10/24/2012 | 1002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030 Springfield , IL 62794-9030 | FEIN 26-0269795 IL-4506 REQUEST FOR TAX RETURNS | 2990-003 | | 15.00 | 38,957.79 |
| *11/07/2012 | | Reverses Check # 1002 | FEIN 26-0269795 IL. Dept. of Rev. called Trustee - they do not have copies of Tax returns that were requested for years 2006, 2007, 2008 | 2990-003 | | (15.00) | 38,972.79 |
| 02/12/2013 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 38,972.79 | 0.00 |
| | | | Page Subtotals | | 39,181.64 | 39,181.64 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **09-17079**
Case Name: **ARK DISCOVERY II, LP**

Taxpayer ID No: **\*\*-\*\*\*9795**
For Period Ending: **3/31/2020**

Trustee Name: **Frances Gecker**
Bank Name: **Congressional Bank**
Account Number/CD#: **\*\*\*\*\*\*2236**
Account Name **Checking Account**
Blanket bond (per case limit): **5,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | Page Subtotals | | | | |
|---|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | 39,181.64 | 39,181.64 | |
| | | Less:Bank Transfer/CD's | | | 39,181.64 | 38,972.79 | |
| | | **SUBTOTALS** | | | 0.00 | 208.85 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **Net** | | | 0.00 | 208.85 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 09-17079 | |
| **Case Name:** ARK DISCOVERY II, LP | |
| **Taxpayer ID No:** **-***9795 | |
| **For Period Ending:** 3/31/2020 | |

| | |
|---|---|
| **Trustee Name:** Frances Gecker | |
| **Bank Name:** The Bank of New York Mellon | |
| **Account Number/CD#:** ******6973 | |
| **Account Name** Checking Account | |
| **Blanket bond (per case limit):** 5,000,000.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/12/2013 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 38,972.79 | | 38,972.79 |
| 02/14/2013 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans , LA 70139 | Blanket Bond #016026455 | 2300-000 | | 35.16 | 38,937.63 |
| 03/07/2013 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 31.75 | 38,905.88 |
| 03/21/2013 | 10001 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO , ILLINOIS 60603<br><br>FEES          (4,878.20)<br>EXPENSES          (254.44) | Order dated 3/20/13   First Interim Fee Application<br><br><br>3410-000<br>3420-000 | | | 5,132.64 | 33,773.24 |
| 04/05/2013 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 57.84 | 33,715.40 |
| 04/17/2013 | [10] | UNITED STATES TREASURY Internal Revenue Service Cincinnati , OH 45999-0012 | TAX REFUNDS | 1224-000 | 114.00 | | 33,829.40 |
| 05/07/2013 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 49.06 | 33,780.34 |
| | | | Page Subtotals | | 39,086.79 | 5,306.45 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **09-17079**

Case Name: **ARK DISCOVERY II, LP**

Taxpayer ID No: **\*\*-\*\*\*9795**

For Period Ending: **3/31/2020**

Trustee Name: **Frances Gecker**

Bank Name: **The Bank of New York Mellon**

Account Number/CD#: **\*\*\*\*\*\*6973**

Account Name **Checking Account**

Blanket bond (per case limit): **5,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/07/2013 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 50.22 | 33,730.12 |
| 07/08/2013 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 48.53 | 33,681.59 |
| 08/07/2013 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 50.08 | 33,631.51 |
| 08/21/2013 | 10002 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO , ILLINOIS 60603 | Order dated 8/14/13 Second Interim Fee Application | | | | 7,012.50 | 26,619.01 |
| | | | FEES (6,941.40) | | 3410-000 | | | |
| | | | EXPENSES (71.10) | | 3420-000 | | | |
| 09/09/2013 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 48.66 | 26,570.35 |
| 10/07/2013 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 38.24 | 26,532.11 |
| 11/07/2013 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 39.45 | 26,492.66 |
| 12/06/2013 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 38.12 | 26,454.54 |

Page Subtotals     0.00     7,325.80

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-17079 | | | Trustee Name: | Frances Gecker |
| Case Name: | ARK DISCOVERY II, LP | | | Bank Name: | The Bank of New York Mellon |
| | | | | Account Number/CD#: | ******6973 |
| Taxpayer ID No: | **-***9795 | | | Account Name | Checking Account |
| For Period Ending: | 3/31/2020 | | | Blanket bond (per case limit): | 5,000,000.00 |
| | | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/08/2014 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 39.33 | 26,415.21 |
| 02/07/2014 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 39.27 | 26,375.94 |
| 03/07/2014 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 35.42 | 26,340.52 |
| 04/07/2014 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 39.16 | 26,301.36 |
| 05/07/2014 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 37.84 | 26,263.52 |
| 05/16/2014 | 10003 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO , ILLINOIS 60603 | Third Interim Fee App Order dated 5/15/14 | | | | 690.40 | 25,573.12 |
| | | | FEES | (624.60) | 3410-000 | | | |
| | | | EXPENSES | (65.80) | 3420-000 | | | |
| 06/06/2014 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 39.05 | 25,534.07 |
| 07/08/2014 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | 36.87 | 25,497.20 |

|  |  | Page Subtotals | 0.00 | 957.34 |
|---|---|---|---|---|

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17079 | | Trustee Name: | Frances Gecker |
| Case Name: | ARK DISCOVERY II, LP | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number/CD#: | ******6973 |
| Taxpayer ID No: | **-***9795 | | Account Name | Checking Account |
| For Period Ending: | 3/31/2020 | | Blanket bond (per case limit): | 5,000,000.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/07/2014 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 37.91 | 25,459.29 |
| 09/08/2014 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 37.85 | 25,421.44 |
| 10/07/2014 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 36.58 | 25,384.86 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 37.74 | 25,347.12 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 36.47 | 25,310.65 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 37.63 | 25,273.02 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 37.58 | 25,235.44 |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 33.89 | 25,201.55 |
| 03/30/2015 | 10004 | ALAN D. LASKO & ASSOCIATES P. C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO , ILLINOIS 60603 | Fourth Interim Fees and Expenses Order dated 3/26/15 | | | 849.62 | 24,351.93 |
| | | | FEES                              (776.40) | 3410-000 | | | |
| | | | Page Subtotals | | 0.00 | 1,145.27 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 09-17079 | **Trustee Name:** Frances Gecker |
| **Case Name:** ARK DISCOVERY II, LP | **Bank Name:** The Bank of New York Mellon |
| | **Account Number/CD#:** ******6973 |
| **Taxpayer ID No:** **-***9795 | **Account Name** Checking Account |
| **For Period Ending:** 3/31/2020 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | EXPENSES (73.22) | 3420-000 | | | |
| 04/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 37.47 | 24,314.46 |
| 05/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 35.27 | 24,279.19 |
| 06/05/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 36.10 | 24,243.09 |
| 07/08/2015 | | Transfer from Acct # xxxxxx1822 | Transfer of Funds | 9999-000 | 34.88 | | 24,277.97 |
| *07/08/2015 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-003 | | 34.88 | 24,243.09 |
| 07/08/2015 | | Transfer to Acct # xxxxxx1822 | Transfer of Funds | 9999-000 | | 24,243.09 | 0.00 |
| 07/09/2015 | | Transfer to Acct # xxxxxx1822 | Transfer of Funds | 9999-000 | | 34.88 | (34.88) |
| *07/09/2015 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh , PA 15262 | Bank Service Charge Reversal Account was closed at the bank, so the fee charge was rejected.   Bank is waiving fee and transferring $34.88 to Associated Bank today 7/9/15. | 2600-003 | | (34.88) | 0.00 |
| | | | Page Subtotals | | 34.88 | 25,236.43 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 09-17079
**Case Name:** ARK DISCOVERY II, LP

**Taxpayer ID No:** **-***9795
**For Period Ending:** 3/31/2020

**Trustee Name:** Frances Gecker
**Bank Name:** The Bank of New York Mellon
**Account Number/CD#:** ******6973
**Account Name** Checking Account
**Blanket bond (per case limit):** 5,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | 39,121.67 | 39,121.67 | |
| | | Less:Bank Transfer/CD's | | | 39,007.67 | 24,277.97 | |
| | | **SUBTOTALS** | | | 114.00 | 14,843.70 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **Net** | | | 114.00 | 14,843.70 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 09-17079 | **Trustee Name:** Frances Gecker |
| **Case Name:** ARK DISCOVERY II, LP | **Bank Name:** Associated Bank |
| | **Account Number/CD#:** ******1822 |
| **Taxpayer ID No:** **-***9795 | **Account Name** Checking Account |
| **For Period Ending:** 3/31/2020 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 07/08/2015 | | Transfer from Acct # xxxxxx6973 | Transfer of Funds | 9999-000 | 24,243.09 | | 24,243.09 |
| 07/08/2015 | | Transfer to Acct # xxxxxx6973 | Transfer of Funds | 9999-000 | | 34.88 | 24,208.21 |
| 07/09/2015 | | Transfer from Acct # xxxxxx6973 | Transfer of Funds | 9999-000 | 34.88 | | 24,243.09 |
| 07/13/2015 | 5001 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago , IL 60606 | FIFTH INTERIM FEE APP Order dated 6/24/15<br><br>FEES                          (2,105.00)   3410-000<br>EXPENSES                   (40.22)   3420-000 | | | 2,145.22 | 22,097.87 |
| 08/07/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 26.76 | 22,071.11 |
| 09/08/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 32.81 | 22,038.30 |
| 10/07/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 31.71 | 22,006.59 |
| 11/06/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 32.72 | 21,973.87 |
| | | | Page Subtotals | | 24,277.97 | 2,304.10 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 09-17079 | **Trustee Name:** Frances Gecker |
| **Case Name:** ARK DISCOVERY II, LP | **Bank Name:** Associated Bank |
| | **Account Number/CD#:** ******1822 |
| **Taxpayer ID No:** **-***9795 | **Account Name** Checking Account |
| **For Period Ending:** 3/31/2020 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/07/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 31.61 | 21,942.26 |
| 01/08/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 32.62 | 21,909.64 |
| 02/05/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 32.58 | 21,877.06 |
| 02/15/2016 | 5002 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK NEW , YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | 14.40 | 21,862.66 |
| 03/01/2016 | 5003 | innovative discovery 1700 N. Moore St., Ste. 1510 Arlington , VA 22209 | Copies of Production Invoice No. IDE-6607 | 2690-000 | | 150.00 | 21,712.66 |
| 03/07/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 30.42 | 21,682.24 |
| 04/07/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 32.29 | 21,649.95 |
| 04/18/2016 | [11] | Grasso Law PC 38 S. Blaine St. Suite 100 Hinsdale , IL 60521 | RITCHIE CAPITAL MANAGEMENT V. DENTONS - SUBPOENA FEE FOR DOCS ONLY;Case No. 2014 L 4675 | 1290-000 | 50.00 | | 21,699.95 |
| | | | Page Subtotals | | 50.00 | 323.92 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-17079

Case Name: ARK DISCOVERY II, LP

Taxpayer ID No: **-***9795

For Period Ending: 3/31/2020

Trustee Name: Frances Gecker

Bank Name: Associated Bank

Account Number/CD#: ******1822

Account Name Checking Account

Blanket bond (per case limit): 5,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/06/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 31.18 | 21,668.77 |
| 06/07/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 32.21 | 21,636.56 |
| 06/21/2016 | [3] | DOUGLAS A. KELLEY, CHAPTER 11 TRUSTEE | Settlement of claims in Chapter 11 Bankruptcy Case 08-45257 | 1149-000 | 8,400,000.00 | | 8,421,636.56 |
| 06/27/2016 | 5004 | ARTHUR B. LEVINE COMPANY Surety Bond Agents 370 Lexington Ave., Suite 1101 New York , NY 10017 | BOND NO. 10BSBHJ1476 | 2300-000 | | 1,270.00 | 8,420,366.56 |
| 07/08/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 2,876.71 | 8,417,489.85 |
| 07/28/2016 | 5005 | FULCRUM CREDIT PARTNERS LLC Attn: Matthew Hamilton 111 Congress Avenue, 25th Floor Austin , Texas 78701 | SETTLEMENT AGREEMENT - Order dated 7/28/16;Full payment of Claim No. 11 | 7100-000 | | 7,775,000.00 | 642,489.85 |
| 08/05/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 2,972.60 | 639,517.25 |
| 08/31/2016 | 5006 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago , IL 60654 | SECOND INTERIM FEE APPLICATION - Order dated 8/31/16 | | | 236,516.05 | 403,001.20 |

|  |  | Page Subtotals | 8,400,000.00 | 7,782,182.70 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 09-17079 | **Trustee Name:** Frances Gecker |
| **Case Name:** ARK DISCOVERY II, LP | **Bank Name:** Associated Bank |
| | **Account Number/CD#:** ******1822 |
| **Taxpayer ID No:** **-***9795 | **Account Name** Checking Account |
| **For Period Ending:** 3/31/2020 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | FEES                              (233,694.00) | 3110-000 | | | |
| | | | EXPENSES                            (2,822.05) | 3120-000 | | | |
| 08/31/2016 | 5007 | FOX ROTHSCHILD LLP<br>Campbell Mithun Tower, Suite 2000<br>222 S. Ninth Street<br>Minneapolis , MN 55402-3338 | PROFESSIONAL FEES - Order dated 8/31/16 | | | 819.70 | 402,181.50 |
| | | | FEES                                 (814.00) | 3991-000 | | | |
| | | | EXPENSES                               (5.70) | 3992-000 | | | |
| 08/31/2016 | 5008 | Gecker, Frances<br>325 N. LaSalle Street<br>Chicago , IL 60654 | INTERIM TRUSTEE COMPENSATION - Order dated 8/31/16 | 2100-000 | | 258,445.97 | 143,735.53 |
| 09/08/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 951.09 | 142,784.44 |
| 10/07/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 229.62 | 142,554.82 |
| 11/07/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 211.95 | 142,342.87 |
| 12/07/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 204.80 | 142,138.07 |

| | | | Page Subtotals | | 0.00 | 497,379.18 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **09-17079** | Trustee Name: **Frances Gecker** |
| Case Name: **ARK DISCOVERY II, LP** | Bank Name: **Associated Bank** |
| | Account Number/CD#: ********1822** |
| Taxpayer ID No: **\*\*-\*\*\*9795** | Account Name **Checking Account** |
| For Period Ending: **3/31/2020** | Blanket bond (per case limit): **5,000,000.00** |
| | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/09/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 211.32 | 141,926.75 |
| 02/07/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 211.03 | 141,715.72 |
| 03/07/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 190.31 | 141,525.41 |
| 04/07/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 210.40 | 141,315.01 |
| 05/05/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 203.32 | 141,111.69 |
| 06/07/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 209.77 | 140,901.92 |
| 07/10/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 202.73 | 140,699.19 |
| 08/07/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 209.21 | 140,489.98 |
| 09/08/2017 | 5009 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago , IL 60606 | Sixth Interim Fee App - Order dated 9/8/17 | | | 12,437.35 | 128,052.63 |
| | | | FEES                          (12,231.40) | 3410-000 | | | |
| | | | Page Subtotals | | 0.00 | 14,085.44 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 09-17079 | **Trustee Name:** Frances Gecker | |
| **Case Name:** ARK DISCOVERY II, LP | **Bank Name:** Associated Bank | |
| | **Account Number/CD#:** ******1822 | |
| **Taxpayer ID No:** **-***9795 | **Account Name** Checking Account | |
| **For Period Ending:** 3/31/2020 | **Blanket bond (per case limit):** 5,000,000.00 | |
| | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | EXPENSES                (205.95) | 3420-000 | | | |
| 09/08/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 208.87 | 127,843.76 |
| 10/06/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 192.30 | 127,651.46 |
| 11/07/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 189.77 | 127,461.69 |
| 12/07/2017 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 183.39 | 127,278.30 |
| 01/08/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 189.23 | 127,089.07 |
| 02/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 188.96 | 126,900.11 |
| 03/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 170.41 | 126,729.70 |
| 04/06/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 188.41 | 126,541.29 |
| 05/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 182.06 | 126,359.23 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 14,130.75 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **09-17079** | |
| Case Name: **ARK DISCOVERY II, LP** | |
| | Trustee Name: **Frances Gecker** |
| | Bank Name: **Associated Bank** |
| | Account Number/CD#: ********1822** |
| Taxpayer ID No: **\*\*-\*\*\*9795** | Account Name **Checking Account** |
| For Period Ending: **3/31/2020** | Blanket bond (per case limit): **5,000,000.00** |
| | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 187.86 | 126,171.37 |
| 06/21/2018 | 5010 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago , IL 60606 | 7th Interim Fee App - Order dated 6/20/18 | | | 5,983.00 | 120,188.37 |
| | | | FEES                        (5,892.10) | 3410-000 | | | |
| | | | EXPENSES                    (90.90) | 3420-000 | | | |
| 07/09/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 181.53 | 120,006.84 |
| 08/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 179.01 | 119,827.83 |
| 08/13/2018 | [13] | PETTERS REMISSION ADMINISTRATOR PO BOX 2660 FARIBAULT , MN 55021-9660 | RESTITUTION CLAIM W/DEPT. OF JUSTICE | 1249-000 | 762,421.60 | | 882,249.43 |
| 09/10/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 872.69 | 881,376.74 |
| 10/05/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,268.11 | 880,108.63 |
| 11/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,308.35 | 878,800.28 |
| | | | Page Subtotals | | 762,421.60 | 9,980.55 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 09-17079 | **Trustee Name:** Frances Gecker |
| **Case Name:** ARK DISCOVERY II, LP | **Bank Name:** Associated Bank |
| | **Account Number/CD#:** ******1822 |
| **Taxpayer ID No:** **-***9795 | **Account Name** Checking Account |
| **For Period Ending:** 3/31/2020 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,264.40 | 877,535.88 |
| 01/08/2019 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,304.65 | 876,231.23 |
| 02/07/2019 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,302.78 | 874,928.45 |
| 02/14/2019 | 5011 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans , LA 70139 | BOND NO. 016073584 | 2300-000 | | 611.11 | 874,317.34 |
| 03/07/2019 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,174.70 | 873,142.64 |
| 04/05/2019 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,298.09 | 871,844.55 |
| 05/07/2019 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,254.27 | 870,590.28 |
| 06/07/2019 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,294.32 | 869,295.96 |
| 07/08/2019 | | Associated Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503 (b)(1), and 507(a)(2) | 2600-000 | | 1,250.73 | 868,045.23 |
| | | | Page Subtotals | | 0.00 | 10,755.05 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-17079 | Trustee Name: **Frances Gecker** |
| Case Name: **ARK DISCOVERY II, LP** | Bank Name: **Associated Bank** |
| | Account Number/CD#: ********1822** |
| Taxpayer ID No: **-***9795 | Account Name **Checking Account** |
| For Period Ending: 3/31/2020 | Blanket bond (per case limit): **5,000,000.00** |
| | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/25/2019 | | Transfer to Texas Capital Bank | Transfer of funds to account ending 2411 | 9999-000 | | 868,045.23 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 868,045.23 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 9,186,749.57 | 9,186,749.57 |
| Less:Bank Transfer/CD's | | 24,277.97 | 868,080.11 |
| **SUBTOTALS** | | 9,162,471.60 | 8,318,669.46 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 9,162,471.60 | 8,318,669.46 |

| | |
|---|---|
| All Accounts Gross Receipts: | 9,241,804.55 |
| All Accounts Gross Disbursements: | 8,376,839.04 |
| All Accounts Net: | 864,965.51 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******1822 Checking Account | 9,162,471.60 | 8,318,669.46 | |
| ******5450 Money Market Account | 79,218.95 | 40,037.31 | |
| ******2411 Checking Account | 0.00 | 3,079.72 | |
| ******2236 Checking Account | 0.00 | 208.85 | |
| ******6973 Checking Account | 114.00 | 14,843.70 | |
| **Net Totals** | 9,241,804.55 | 8,376,839.04 | 864,965.51 |