UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 09-17079 |
| ARK DISCOVERY II, LP, | Chapter 7 |
| | Honorable: Carol A. Doyle |
| Debtor(s). | |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to 11 U.S.C. §347 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the Trustee, Frances Gecker, hereby provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On May 11, 2009 (the "Petition Date"), ARK Discovery II, LP filed a voluntary chapter 7 bankruptcy petition in this Court.

2. Frances Gecker is the duly appointed Chapter 7 Trustee.

3. On May 6, 2021, the Court approved the Trustee's final report and distribution checks were sent to all creditors listed on the Trustee Final Report.

4. To date, the checks below remain unpaid and are void after 90 days.

| Check # | Date Issued | Payee Name | Amount |
|---|---|---|---|
| 60007 | 5/10/2021 | Select Access Institutional LLC | $41,896.23 |
| 60008 | 5/10/2021 | Select Access III, LLC | $69,827.05 |
| 60036 | 5/10/2021 | Leslie M. Hefter | $23,275.68 |
| | | **TOTAL:** | **$134,998.96** |

5. By reason of the foregoing, Trustee has stopped payment on the above distribution checks and has deposited the unclaimed dividends by payment to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) (See Exhibit A).

Dated: August 16, 2021

Respectfully submitted,

FRANCES GECKER, solely as Chapter 7 Trustee of the bankruptcy estate of ARK DISCOVERY II, LP

By: __/s/ *Frances Gecker*___
      Frances Gecker, Chapter 7 Trustee

Frances Gecker (Illinois ARDC # 6198450)
**FrankGecker LLP**
1327 W. Washington Blvd., Suite 5G-H
Chicago, Illinois 60607
Tel.: (312) 276-1400
Fax: (312) 276-0035
fgecker@fgllp.com