# EXHIBIT A

**SIGNATURE BANK**
**565 FIFTH AVENUE, NEW YORK, NY 10017**

60063

1-1357 / 260

**FRANCES GECKER, CHAPTER 7 TRUSTEE**
**1327 WEST WASHINGTON BLVD., SUITE 5 G-H**
**CHICAGO, IL  60607**
**REGARDING**

**VOID AFTER 90 DAYS**

ARK DISCOVERY II LP, DEBTOR (09-17079 CAD)
ACCOUNT NO. 1504090376

UNCLAIMED CHECKS TURNED OVER TO THE CLERK - 60007, 60008, 60036

DATE:  08/13/2021

$******134,998.96

*ONE HUNDRED THIRTY FOUR THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND 96/100*

Pay to the
Order Of

CLERK OF THE UNITED STATES BANKRUPTCY COURT
219 S. DEARBORN STREET
ROOM 742
CHICAGO, IL  60604

FRANCES GECKER, CHAPTER 7 TRUSTEE

⑆060063⑆ ⑈026013576⑈ 1504090376⑈